IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISHA WU & CELIMAR SANTIAGO**<br>　　　　　**Plaintiffs,** | : <br> : <br> : |
| 　　v. | : 　Civ. No. 23-439 |
| **VAL PARTNERS,** *et al.*,<br>　　　　　**Defendants.** | : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 3rd day of November, 2023, it having been reported that the Parties in the above action have reached a settlement in principle, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED with prejudice and without costs**. This order may be vacated or stricken from the record for good cause within ninety days. See E.D. Pa. Local R. Civ. P. 41.1(b).

　　　　　　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.